IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00665-LTB-SBP

ALFREDO P. GONZALEZ,

 Plaintiff,

v.

JOE BIDEN, et al,
MAYORKAS et al, DEPARTMENT OF HOMELAND SECURITY DHS,
GOVERNOR J. POLIS, et al,
BILL BURNES, et al, CENTRAL INTELLIGENCE AGENCY, CIA,
ALCOHOL TOBACCO FIREARMS, ATF, et al,
FEDERAL BUREAU OF INVESTIGATION, C. WRAY, et al,
DRUG ENFORCEMENT AGENCY, DEA, et al,
NATIONAL SECURITY AGENCY, NSA, et al,
LLOYD AUSTIN, Defense Secretary, U.S. Army, et al,
WELD COUNTY, COLORADO SHERIFF STEVE REMES, et al,
OFFICER VESQUEZ, WCJ,
OFFICER ESCALANTHA, WCJ,
MOSES A. STANCIL, CDOC, et al,
JASON LENGERICH, BVCF Warden, et al,
STEPHANIE SANDOVAL, CSP Warden, et al,
CAPT. CBOWERS, BVCF CAPT,
LT. WHITE CSP LT.,
SGT. WILL, CSP SGT, and
DRDC John Doe #1,

 Defendants.

---

**ORDER**

---

This matter is before the Court on the Recommendation of United States Magistrate Judge dated November 3, 2023 (ECF No. 21). The Recommendation states that any objection to the Recommendation must be filed within fourteen days after its service. *See* 28 U.S.C. § 636(b)(1)(C). The Recommendation was served on November

1

3, 2023. Plaintiff filed a timely written objection to the Recommendation (ECF No. 22). Thus, the Court has reviewed the Recommendation *de novo* in light of the file and record in this case. On *de novo* review the Court concludes that the Recommendation is correct.

For the foregoing reasons, it is

ORDERED that the Recommendation of United States Magistrate Judge (ECF No. 21) is accepted and adopted. It is

FURTHER ORDERED that Plaintiff's Objection (ECF No. 22) is overruled. It is

FURTHER ORDERED that the second amended Prisoner Complaint (ECF No. 18) and this action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with the pleading requirements of Rule 8. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED: December 11, 2023

BY THE COURT:

  s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge  
United States District Court